IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| K AND H INDUSTRIES, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 10-646 |
| | ) | |
| v. | ) | Judge: _____ |
| | ) | |
| YRC INC., | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT OF DEFENDANT** |
| Defendant. | ) | **YRC INC.** |

Pursuant to Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In compliance with those provisions, this corporate disclosure statement is filed on behalf of YRC Inc. ("YRC").

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    __X__ Yes          _____ No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    YRC is a wholly-owned subsidiary of the publicly held corporation YRC Worldwide, Inc.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

__X__ Yes  _____ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest.

YRC Worldwide, Inc., a publicly traded company, is the parent company of YRC.

| | |
|---|---|
| **Of COUNSEL:**<br><br>**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | Respectfully submitted,<br><br>/s/ Thomas B. Kern<br>THOMAS B. KERN (0084024)<br>41 South High Street, Suite 2600<br>Columbus, Ohio 43215<br>Telephone: (614) 223-9300<br>Facsimile: (614) 223-9330<br>Email: tkern@beneschlaw.com<br>*Trial Attorney for Defendant YRC, Inc.*<br><br>ERIC LARSON ZALUD (0038959)<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114-2378<br>Telephone: (216) 363-4178<br>Facsimile: (216) 363-4588<br>E-mail: ezalud@beneschlaw.com |

KCP-4056568-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served via United States mail, postage prepaid, this 20th day of September, 2010, upon:

John C. Scott
Charles E. Baverman
FAULKNER & TEPE LLP
1 West Fourth Street, Suite 2050
Cincinnati, Ohio 45202

*Attorneys for Plaintiff*
*K and H Industries, LLC*

/s/ Thomas Kern